

# Fourth Court of Appeals
## San Antonio, Texas

May 25, 2016

No. 04-16-00009-CR

Darryn **BURGESS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR0646
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

The Appellant's motion for leave to file amended brief is GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of May, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court